IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

| | |
|---|---|
| JUANITA OWENS, as Administratrix of the Estate of RONALD J. OWENS SR., DECEASED.<br>　　　　Plaintiff<br><br>vs.<br><br>MARION COUNTY SHERIFF'S DEPARTMENT, CORECIVIC, INC., and WELLPATH, LLC.<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>) Cause No.<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

Plaintiff Juanita Owens complains of the defendants, jointly and severally, and for cause of action, says:

1. Juanita Owens was duly appointed administratrix of the estate of Ronald J. Owens, Sr. on June 16, 2022 in estate matter 49D08-2206-ES-019479.

2. At all times herein applicable, plaintiff's decedent, Ronald J. Owens, Sr. was incarcerated in the Marion County Jail II facility.

3. At all times herein applicable, The Marion County Sheriff's Department is a governmental unit located in Marion County Indiana, maintaining and operating the Marion County Jail II and charged with the duty of detaining and caring for plaintiff's decedent, Ronald J. Owens, Sr. during his incarceration.

4. At all times herein applicable, Corecivic is a foreign corporation with its principal place of business in Brentwood Tennessee and contracting with the

Marion County Sheriff's Department to operate Marion County Jail II, having the duty to detain and care for Ronald J. Owens, Sr. during his incarceration.

5. At all times herein applicable, Wellpath, LLC. is a foreign corporation with its principal place of business in Nashville, Tennessee and contracting with the Marion County Sheriff's Department and Corecivic, Inc. to provide medical treatment to incarcerated inmates, including plaintiff's decedent Ronald J. Owens, Sr. at the Marion County Jail II.

6. On June 22, 2020, Ronald J. Owens, Sr. fell while incarcerated at the Marion County Jail II facility as an inmate and struck his side and head. For the next two days, plaintiff's decedent's medical condition worsened and he made multiple requests for medical treatment which requests were denied at times and negligently provided at other times.

7. On June 24, 2020, plaintiff's decedent's medical condition continued to worsen and he died while incarcerated as an inmate of the Marion County Jail II.

8. Plaintiff's decedents death was proximately caused by the negligence of the defendants Marion County Sheriff's Department, Corecivic, Inc. and Wellpath, LLC., by and through their employees while acting within the course and scope of their employment, in negligently treating and failing to treat plaintiff's decedent for his injuries.

9. The acts and omissions of all of the defendants, by and through their employees, constitute negligence and plaintiff brings this action under the Indiana Wrongful Death Act to recover all losses and damages recoverable by the act.

10. All defendants acted jointly and severally in their negligence and to deprive plaintiff's decedent, Ronald J. Owens, Sr., of his rights under the fourteenth amendment. Plaintiff brings this action pursuant to 42 U.S.C. § 1983 to recover losses and damages due to defendants' violations of plaintiff's decedent's rights under the fourteenth amendment of the US Constitution.

11. The acts and omissions of the defendants, by and through their employees acting within the course and scope of their employment constitute deliberate indifference plaintiff's decedent's health and safety in violation of plaintiff's decedent's right under the fourteen amendment.

12. Plaintiff seeks all relief allowable by law, including compensatory and punitive damages, costs and attorney's fees.

WHEREFORE, plaintiff prays and demands judgment against the defendant in such an amount as will fully and fairly compensate him for all of his injuries and damages, for the costs of this action, and for all other just and proper relief.

                        McGLONE LAW

BY   _____
      DANIEL J. McGLONE (14033-84)
      1717 South 3rd Street
      Terre Haute, Indiana  47802
      (812) 234-4000
      (812) 234-4900 FAX
      Attorney for Plaintiff

## **REQUEST FOR JURY TRIAL**

Plaintiff requests trial by jury as to all issues in this case.

                                                        */s/ Daniel J. McGlone*

                                         DANIEL J. McGLONE (14033-84)